**COMMONWEALTH of Pennsylvania,
Respondent**

v.

**Timothy Donnell ANDERSON,
Petitioner**

**No. 713 MAL 2016**

Supreme Court of Pennsylvania.

March 7, 2017

## ORDER

PER CURIAM

AND NOW, this 7th day of March, 2017, the Petition for Allowance of Appeal is DENIED.

**COMMONWEALTH of Pennsylvania,
Respondent**

v.

**Derel BRITTON, Petitioner**

**No. 706 MAL 2016**

Supreme Court of Pennsylvania.

March 7, 2017

## ORDER

PER CURIAM

AND NOW, this 7th day of March, 2017, the Petition for Allowance of Appeal is DENIED.

**COMMONWEALTH of Pennsylvania,
Respondent**

v.

**John CARO, Petitioner**

**No. 707 MAL 2016**

Supreme Court of Pennsylvania.

March 7, 2017

## ORDER

PER CURIAM

AND NOW, this 7th day of March, 2017, the Petition for Allowance of Appeal is DENIED.